UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jean-Louis Chalaye, | No. 2:21-cv-00881-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Pride Transport, Inc., et al., | |
| Defendants. | |

The stipulation and request for leave to file a first amended complaint (ECF No. 4) is **granted**, and the first amended complaint (ECF No. 5) is **deemed filed**. The parties' stipulation and motion to remand (ECF No. 6) is also **granted**. This action is **remanded** to the San Joaquin County Superior Court.

IT IS SO ORDERED.

DATED: July 7, 2021.

CHIEF UNITED STATES DISTRICT JUDGE